UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOAN HROBUCHAK and KAREN MAGHRAN, on their own behalf and on behalf of all others similarly situated, | : : : : CIVIL ACTION NO. 3:10-0481 : |
| Plaintiffs | : (JUDGE MANNION) : |
| v. | : |
| FEDERAL INSURANCE COMPANY, | : : |
| Defendant | : : |

# ORDER

For the reasons stated in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiffs' motion to certify the plaintiff class, (Doc. No. 45), is **MOOT**;

**(2)** The defendant's motion to vacate the order of the United States Bankruptcy Court for the District of Delaware, (Doc. No. 67), is **DENIED**;

**(3)** The plaintiffs' motion for summary judgment, (Doc. No. 68), is **GRANTED** to the extent that the court finds the judgment to be valid.

**(4)** The defendant's motion for summary judgment, (Doc. No. 71), is **GRANTED** to the extent that the court finds that the Policy does

not cover claims arising under the Pennsylvania Unfair Trade Practices and Consumer Protection Law and coverage only extends to claims occurring between October 29, 2007 and October 29, 2008. In all other respects the motion is **DENIED**.

**(5)** The Clerk of the Court is directed to **CLOSE** the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: May 24, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2010 MEMORANDA\10-0481-01-order.wpd