# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOAN HROBUCHAK and KAREN MAGHRAN, on their own behalf and on behalf of all others similarly situated, | : <br> : <br> : <br> CIVIL ACTION NO. 3:10-0481 <br> : |
| Plaintiffs | : (JUDGE MANNION) |
| v. | : <br> : |
| FEDERAL INSURANCE COMPANY, | : |
| Defendant | : <br> : |

## ORDER

In light of the memorandum issued this same date, **IT IS HEREBY ORDERED THAT** the plaintiffs' motion for reconsideration, (Doc. No. 102), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: October 15, 2013

O:\Mannion\shared\MEMORANDA - DJ\2010 MEMORANDA\10-0481-02-order.wpd